Form:nthrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Patsy Wiggins | Case No.: 23−47608−mlo<br>Chapter 7<br>Judge: Maria L. Oxholm |
| Timothy J. Miller, Chapter 7 Trustee<br>Plaintiff | Adv. Proc. No. 25−04165−mlo |
| v. | |
| Giftify, Inc. et al.<br>Defendant | |

## NOTICE OF HEARING TO BE HELD IN PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

**45** − Motion to Dismiss Defendant(s) InComm Financial Services, Inc. Defendant Incomm Financial Services, Inc.'s Motion to Dismiss Adversary Proceeding Filed by Defendant InComm Financial Services, Inc. (Carr, Maria)

will be held on: 1/29/26 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Dated: 12/11/25

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court