# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Patsy Wiggins | Case No.: 23−47608−mlo<br>Chapter 7<br>Judge: Maria L. Oxholm |
| Timothy J. Miller, Chapter 7 Trustee<br>Plaintiff | Adv. Proc. No. 25−04165−mlo |
| v. | |
| Giftify, Inc. et al.<br>Defendant | |

### NOTICE OF ADJOURNED INITIAL SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that the INITIAL SCHEDULING CONFERENCE on 01/08/26 at 11:00 am to consider and act upon the following:

*46* − Notice of Initial Scheduling Conference. Initial Scheduling Conference to be held on 1/8/2026 at 11:00 AM at Courtroom 1875, 211 W. Fort St. (jjm) Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023, effective immediately and until further notice, Judge Oxholm will conduct all conferences, non−evidentiary hearings and other matters designated by the Court by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503−1666 and use Access Code 966805625#. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

is hereby adjourned to: 1/29/26 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Dated: 12/11/25

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court
